IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV78-01-MU

| | |
|---|---|
| MICHAEL ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon its own motion.

On July 24, 2008, this Court issued an order directing the Cleveland County Sheriff's Office to produce to the Court and to Plaintiff all medical records of any type generated during Plaintiff's incarceration at the Cleveland County Correctional Facility in 2006. When the Cleveland County Sheriff failed to comply with this Order, the Court looked into this matter and determined that the July 24, 2008, Order had never been sent to the Cleveland County Sheriff. As such, the undersigned's staff placed a courtesy call to the office of the attorney for the Cleveland County's Sheriff Department to alert him to the existence of this Order. Such call was never responded to nor were the requested documents produced.

**THE COURT HEREBY ORDERS** that within fifteen days of the filing of this Order the Cleveland County Sheriff's Office shall comply with this Court's July 24, 2008, Order and produce

to the Court and to Plaintiff all medical records of any type generated during Plaintiff's incarceration at the Cleveland County Correctional Facility in 2006.

Signed: September 18, 2008

Graham C. Mullen
United States District Judge