IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV78-01-MU

| | |
|---|---|
| MICHAEL ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon its own motion.

On July 24, 2008, this Court issued an order directing the Cleveland County Sheriff's Office to produce to the Court and to Plaintiff all medical records of any type generated during Plaintiff's incarceration at the Cleveland County Correctional Facility in 2006. The Cleveland County Sheriff's Office has responded to the Court's Order stating that it does not maintain or store the requested medical documents. The Cleveland County Sheriff's Office further states that medical records of any type generated during Plaintiff's incarceration at the Cleveland County Detention Center in 2006 would be held by Southern Health Partners. The Cleveland County Sheriff's Office has complied with this Court's previous Order and as such there is no need to quash the Order.

**THE COURT HEREBY ORDERS** that within fifteen days of the filing of this Order Southern Health Partners shall produce to the Court and to Plaintiff all medical records of any type generated during Plaintiff's incarceration at the Cleveland County Correctional Facility in 2006.

Signed: October 2, 2008

Graham C. Mullen
United States District Judge