# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08CV78-1-MU

| | |
|---|---|
| MICHAEL ROBERTS, )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>STATE OF NORTH CAROLINA, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court upon its own motion.

If any party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: December 3, 2008

Graham C. Mullen
United States District Judge