# United States District Court
## For The Western District of North Carolina
## Asheville Division

MICHAEL ROBERTS,

    Plaintiff(s),

vs.

STATE OF NORTH CAROLINA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:08cv78

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2009 Order.

May 19, 2009

FRANK G. JOHNS, CLERK

BY: s/Phyllis Freeman
Phyllis Freeman, Deputy Clerk